Christopher R. Kaup, State Bar No. 014820

**TIFFANY & BOSCO**
P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com

*Attorneys for BRD Investments, LLC,*
*EE Cox, LLC, Infinity Trust, Kathy Raymond,*
*Trustee, and Douglas J. Kingston*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>PROSOLUTIONS L.L.C.,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:16-bk-08653-MCW<br><br>**NOTICE OF LODGING STIPULATED ORDER FOR RELIEF FROM AUTOMATIC STAY AND/OR ABANDONMENT OF PROPERTY** |

**NOTICE IS HEREBY GIVEN** that on January 30, 2018 the attached *Stipulated Order for Relief from Automatic Stay and/or Abandonment of Property* was lodged with this Court.

RESPECTFULLY SUBMITTED this 30th day of January, 2018.

**TIFFANY & BOSCO, P.A.**


By: /s/ Christopher R. Kaup
    Christopher R. Kaup
    Seventh Floor, Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for BRD Investments, LLC,*
    *EE Cox, LLC, Infinity Trust, Kathy Raymond,*
    *Trustee, and Douglas J. Kingston*

FOREGOING electronically filed with the Bankruptcy Court on this 30th day of January, 2018.

COPIES served by the Court's electronic notification system if marked with and "*" or otherwise mailed, on this or the next business day to:

| | |
|---|---|
| D. Lamar Hawkins<br>Michael G. Helms<br>Aiken Schenk Hawkins & Ricciardi, P.C.<br>2390 East Camelback Road, Suite 400<br>Phoenix, AZ 85016-3479<br>Email: dlh@ashrlaw.com<br>Email: mghelms@mghlawfirm.com<br>*Attorneys for Debtor\** | Prosolutions L.L.C.<br>PO Box 11036<br>Scottsdale, AZ 85271-1036<br>*Debtor* |
| Edward K. Bernatavicius<br>Christopher J. Pattock<br>Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, Arizona 85003<br>Email: edward.k.bernatavicius@usdoj.gov<br>Email: Christopher.J.Pattock@usdoj.gov *U.S. Trustee\** | Mitchell Allee (bar no. 031815)<br>Valerie Love Marciano (no. 009187)<br>Assistant Attorneys General<br>Office of the Attorney General<br>1275 West Washington street<br>Phoenix, AZ 85007-2926<br>Email: Consumer@azag.gov<br>Email: Valerie.marciano@azag.gov<br>*Attorneys for the State of Arizona\** |
| Dina Anderson<br>21001 n. Tatum Blvd., #1630-608<br>Phoenix, AZ 85050<br>Email: DAnderson@DLATrustee.com<br>*Chapter 7 Trustee\** | Dawn M. Maguire<br>Guttilla Murphy Anderson, P.C.<br>5415 East High Street, Suite 200<br>Phoenix, AZ 85054<br>Email: dmaguire@gamlaw.com<br>*Attorneys for the Chapter 7 Trustee\** |
| Cristina Perez Hesano<br>Bellah Perez, PLLC<br>5622 W. Glendale Avenue<br>Glendale, AZ 85301<br>Email: cperez@bellahperez.com<br>*Attorneys for Carmen Fernandez, Jose O. Rubio, Paula Quintero, and Candido Velez\** | Lori A. Lewis<br>Maricopa County Attorney's Office<br>Civil Services Division<br>Security Center Building<br>222 North Central Avenue, Suite 1100<br>Phoenix, Arizona 85004<br>E-mail: LewisL01@mcao.maricopa.gov<br>*Attorney for Maricopa County Treasurer\** |
| Michael W. Carmel<br>80 East Columbus Avenue<br>Phoenix, Arizona 85012-2334<br>Email: michael@mcarmellaw.com<br>*Attorneys for Lynn Hoebing IRA\** | Ronald W. Meyer<br>5727 N. 7th Street, Suite 407<br>Phoenix, AZ 85014<br>Email: ronaldmeyerlaw@myexcel.com<br>*Attorneys' for Guillermina Arvide (Romero \** |

/s/ Louis A. Lofredo

Christopher R. Kaup, State Bar No. 014820

**TB TIFFANY & BOSCO**
P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com
*Attorneys for EE Cox, LLC and Dennis Kingston*

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| PROSOLUTIONS L.L.C., | Case No. 2:16-bk-08653-MCW |
| Debtor. | **STIPULATED ORDER FOR RELIEF FROM AUTOMATIC STAY AND/OR ABANDONMENT OF PROPERTY** |
| | **Subject Real Property:**<br>1812 E. Saint Anne, Phoenix<br>712 N. 29th Street, Phoenix<br>2343 N. 51st Ave., Phoenix |

Douglas J. Kingston ("Kingston") having filed a Motion to Lift Stay regarding a parcel of real property located at 1812 E. Saint Anne, Phoenix, AZ 85042 ("1812 St. Anne Property"), and EE Cox, LLC ("Cox") having filed a Motion to Lift Stay regarding parcels of Property located at 712 N. 29th Street, Phoenix, AZ 85008 ("29th Street Property") and 2343 N. 51st. Ave., Phoenix, AZ 85035 ("51st Street Property"); and,

Trustee Dina Anderson in the above captioned case ("Trustee") having previously abandoned the 1812 St. Anne Property from the estate, and having acknowledged that the 29th Street Property and the 51st Street Property are not property of the estate; and

The State of Arizona ("State") having acknowledged the abandonment of the 1812 St. Anne Property by the Trustee; and, by its approval below, that the 29th Street Property and the 51st Street Property are not property of the estate; and good cause appearing therefore;

**IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:**

The Estate has abandoned all rights, title and interest in the 29th Street Property, the 51st Street Property and the 1812 E. St. Anne Property pursuant to Section 554(a), the automatic stay imposed by Section 362(a) is hereby lifted, vacated and annulled.

**SIGNED AND DATED ABOVE**

Approved as to form and content:

**TIFFANY & BOSCO, P.A.**

By: /s/
Christopher R. Kaup
Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Counsel for EE Cox, LLC and Douglas Kingston

**STATE OF ARIZONA**

By: /s/
Valerie Marciano
Assistant Attorney General

**GUTTILLA MURPHY ANDERSON, P.C.**

By: 
Dawn M. Maguire
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Counsel for the Trustee

The State of Arizona ("State") having acknowledged the abandonment of the 1812 St. Anne Property by the Trustee; and, by its approval below, that the 29th Street Property and the 51st Street Property are not property of the estate; and good cause appearing therefore;

**IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:**

The Estate has abandoned all rights, title and interest in the 29th Street Property, the 51st Street Property and the 1812 E. St. Anne Property pursuant to Section 554(a), the automatic stay imposed by Section 362(a) is hereby lifted, vacated and annulled.

**SIGNED AND DATED ABOVE**

Approved as to form and content:

**TIFFANY & BOSCO, P.A.**

By: /s/
    Christopher R. Kaup
Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Counsel for EE Cox, LLC and Douglas Kingston

**STATE OF ARIZONA**

By: /s/ [signature]
Valerie Marciano
Assistant Attorney General

**GUTTILLA MURPHY ANDERSON, P.C.**

By:_____
Dawn M. Maguire
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Counsel for the Trustee